# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2014

## NO.  03-14-00391-CV

**Henrietta Tafoya, Appellant**

**v.**

**Green Tree Servicing LLC f/k/a Green Tree Financial Servicing Corp., Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on December 18, 2013.  Having reviewed the record, the Court concludes that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.